**Order filed October 21, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00601-CV**
_____

**NEW CONCEPT TRADE INCORPORATED A/K/A AND D/B/A NEW CONCEPT TRADE, INC. AND NEW CONCEPT TRADE AND SHEHZAD SADARUDDIN AKA AND BSPA SHEHZAD SADWDDIN, Appellant**

**V.**

**QUALITY KING FRAGRANCE, INC. D/B/A  QUALITY FRAGRANCE GROUP, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 946965**

---

### ORDER

On March 21, 2013, this court issued an order to the court reporter requiring her to file the record within 30 days. It was brought to the clerk's attention that the court reporter had filed notice that no record had been taken. Therefore, we issue the following order:

    This court's October 21, 2013 order is withdrawn**.**

          PER CURIAM